# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NEXIUM (ESOMEPRAZOLE MAGNESIUM) ANTITRUST LITIGATION<br><br>MDL No. 12-2409 (D. Mass) pending | :<br>:<br>:<br>: Misc. No: 14-225<br>:<br>: |

## ORDER

**AND NOW**, this 7th day of October, 2014, it is hereby **ORDERED** that Steven J. Rothwein's Motion to Quash (Doc. No. 19) is **GRANTED** for the same reasons discussed in my October 3, 2014 Order. (<u>See</u> Doc. No. 18 at 1-2 (granting Movant's motions to quash with respect to those employees whose video depositions had already been taken).)

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.